EXHIBIT 1

Is this your domain name? Renew it now.

```
Domain Name: SALESFORCEONE.COM
Registry Domain ID: 5573383_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.tucows.com
Registrar URL: http://tucowsdomains.com
Updated Date: 2014-07-27T04:15:33Z
Creation Date: 1997-08-26T04:00:00Z
Registrar Registration Expiration Date: 2015-08-25T04:00:00Z
Registrar: TUCOWS, INC.
Registrar IANA ID: 69
Registrar Abuse Contact Email: domainabuse@tucows.com
Registrar Abuse Contact Phone: +1.4165350123
Domain Status: ok
Registry Registrant ID:
Registrant Name: Mohammad Tahmasebi
Registrant Organization: SalesForceONE, LLC.
Registrant Street: 21353 Cabot Blvd.
Registrant City: Hayward
Registrant State/Province: California
Registrant Postal Code: 94545
Registrant Country: US
Registrant Phone: +1.5103152547
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: domain@salesforceone.com
Registry Admin ID:
Admin Name: Mohammad Tahmasebi
Admin Organization: SalesForceONE, LLC.
Admin Street: 21353 Cabot Blvd.
Admin City: Hayward
Admin State/Province: California
Admin Postal Code: 94545
Admin Country: US
Admin Phone: +1.5103152547
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: domain@salesforceone.com
Registry Tech ID:
Tech Name: Mohammad Tahmasebi
Tech Organization: SalesForceONE, LLC.
Tech Street: 21353 Cabot Blvd.
Tech City: Hayward
Tech State/Province: California
Tech Postal Code: 94545
Tech Country: US
Tech Phone: +1.5103152547
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: domain@salesforceone.com
Name Server: NS1.PARS.COM
Name Server: NS2.PARS.COM
DNSSEC: Unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.inte
>>> Last update of WHOIS database: 2014-07-27T04:15:33Z <<<
```

The Data in the Tucows Registrar WHOIS database is provided to you by 1
for information purposes only, and may be used to assist you in obtaini
information about or related to a domain name's registration record.

**COMPLAINT EXHIBIT PAGE 23**          **SF1-004**

EXHIBIT 2

SalesForceOne LLC. v.
Salesforce.com, Inc.

https://web.archive.org/web/19981212032307/http://www.salesf...

INTERNET ARCHIVE
WayBackMachine

| http://www.salesforce1.com/ | Go |

**30 captures**
24 Jun 98 – 18 Dec 14

JUN **DEC**
◀ **12**
1997 **1998**

# Welcome to SalesForceONE

SalesForceOne is dedicated to providing the most innovative sales automation and electronic commerce products, sites & services.

## Hosted Sites.

**Pars International Computer, Inc**. - Custom PC's for home & office, Network Appliances, software development for Win32.  See a **demonstration** of the **Active**Catalog.

**T-Zone Corporate & Research.** -   A subsidiary of the $1.5 billion Worldwide Computer Superstore tailored to business computing systems analysis, design & implementation. Featuring an **online catalog** of thousands of parts, using *ActiveCatalog*.

**Dynamic Network Factory.** - Providing High-Technology, Cost-Effective Networking Solutions including the **Zwitch 8100**: **10/100 Autosense Switch with Server/Uplink port.**

**Under Construction:** E-bazaar.com - Retail shopping in 150 stores, all supporting *WebSales ActiveCatalog or ActiveCatalog+*.

## Products.

**WebSales** - The ultimate e-catalog & more. ***WebSales ActiveCatalog+ is now avaialble!*** Contact **Pars International Computer** for Pricing.

**Under Construction:** Resource Manager - the only drag & drop solution for managing inventory.

Copyright 1997 Pars International Computer, Inc.
**Fine Print**

**COMPLAINT EXHIBIT PAGE 25**

EXHIBIT 3

http://www.pars.com/    Go

**161 captures**
22 Dec 96 – 18 Dec 14

OCT   MAI

◄ 7

1999   200

WINNER OF **IBM** FAST START CHALLENGE 1998

## PARS INTERNATIONAL COMPUTER

# *Active*Catalog™ Web Sites

Revolutionizing the world of e-commerce solutions.

Select a company below to view their *Active*Catalog™ enhanced Web Site:

PARS INTERNATIONAL COMPUTER

Affordable & advanced e-commerce solutions for every business need!



Plug & Play RAID Subsystems, Network Attached Storage (NAS), Complete Servers with Built-In RAID, Custom Built Servers, CD Servers & more!

PARS INTERNATIONAL COMPUTER, INC.
22445 FOOTHILL BLVD.
HAYWARD, CA  94541
PH# 510-733-9046
FAX# 510-733-0206



**COMPLAINT EXHIBIT PAGE 27**

EXHIBIT 4



http://www.pars.com/Ultra/home.htm    Go

JAN   APR

28 captures
1 Nov 00 – 10 Oct 13

2000   200

Dynamic Network Factory
WWW.RAIDEXPERT.COM
90 GB RAID
ONLY $2,495

**Select a Link Below:**

E-Commerce Solutions

MIS Services

ISP Services

Marketing Services

Custom & Specialized Applications

Custom Web Sites

Company Information

Submit Feedback

Contact Us!

Home Page

# Welcome to Pars.com!!!

Welcome to Pars International Computer, Inc.  Pars specializes in affordable and advanced e-commerce solutions for every business need.  Pars is dedicated to producing services and software to the specific needs of our clientele through the implementation of 11 years of expertise.  We have a wide range of services that can assist any size company from Mom and Pop shops all of the way to Fortune 500 companies.



## Some of our services include:

Pars has developed high-tech **E-Commerce Solutions** including Sales Automation software for your sales force and *Active*Catalog™ Web Sites that can display thousands of products or services in a user friendly environment.

Pars also has **MIS Services** for your business that include networking, hardware installation, troubleshooting and disaster recovery.

Our **ISP Services** allow our clients to have their Web Sites hosted on our extremely fast Xeon Web Servers or host their own Web Server for them.

For businesses that are looking for that added boost in promotion of their business and products, Pars **Marketing Services** can assist you in gaining the exposure you are looking for.  Services include, news release distribution, banner advertising, search engine submission and e-mail broadcasting.

Did you know that the total cost is lower to implement an application custom-written to fit your business needs that try to shoe-horn your business into an off-the-shelf application?  We develop **Custom & Specialized Applications** for businesses with needs for Windows-based applications, Web-based applications, database design and management and custom Microsoft Office applications, templates and documents.

Looking to get your business on to the Internet or do you have a Web Site  that needs to get spruced up?  Pars International can create the **Custom Web Site** that is tailored to your business and its products.  Our Web Sites are professional and unique and range from the simplest to the most advanced.

If you have any questions, problems or remarks that you would like to submit, **click here to Submit Feedback**.

Thank you for visiting the Pars International Web Site, and have a wonderful day!



**COMPLAINT EXHIBIT PAGE 29**



http://www.pars.com/Ultra/EcommerceSolutions.htm    Go

FEB    MA

25 captures
8 Feb 01 – 11 Mar 05

2000    200



# E-Commerce - SalesForceONE Suite

**Select a Link Below:**

*E-Commerce Solutions*

- *General Info*
- ActiveCatalog Web Sites
- Sales Automation

MIS Services

ISP Services

Marketing Services

Custom & Specialized Applications

Custom Web Sites

Company Information

Submit Feedback

Contact Us!

Home Page

SalesForceONE is the culmination of years of research and development in sales automation and electronic commerce.

The SalesForceONE Suite, consisting of the SalesForceONE Database, various SalesForceONE applications, and the SalesForceONE Web Site, provide a complete integrated sales automation and e-commerce system capable of scaling from small business environments to large corporate and high-traffic Internet Portal installations.

Robust applications with intuitive features mark the SalesForceONE Suite for simple deployments with a short learning curve. Intelligent Client-Server architecture with multiple options ensure compatibility with existing user systems.  Detail-oriented design provides thorough applications, sure to meet customer needs.

**Click on the Following Links for more information about the SalesForceONE Suite:**

## SalesForceONE DataBase

The heart of the SalesForceONE Suite is the SalesForceONE Database, SFDB.   The SalesForceONE Database provides for storage of all information relevant to SalesForceONE activity, providing redundancy over existing applications.  SFDB is designed to scale across multiple platforms.  SFDB has built-in redundancy, data-correction algorithms, and multi-user capacities.

## SalesForceONE Resource Manager



The SalesForceONE Resource Manager is the center of inventory maintenance & product catalog design.  Drag & Drop functionality, as well as smart, intuitive design make the arduous task of catalog & inventory maintenance easier.  Support for assemblies, common groups of parts with substitutable options, makes even the most complex multi-part sales structure manageable.  Designed for the way you work, whether your business if floral or jewelry, or computers, SalesForceONE Manager will make your inventory & catalog management easier.

## SalesForceONE *Active*Quote



SalesForceONE *Active*Quote produces quotes, invoices, and other inventory & contact-based documents.  SalesForceONE *Active*Quote exists in two forms, a standalone application: *Active*Quote Studio, and an ActiveX Control embedded in Microsoft Outlook.    SalesForceONE quote adds document production facilities to your contact manager, centering all documents around the contact.

## SalesForceONE *Active*Catalog™



SalesForceONE *Active*Catalog™ is the mechanism by which the Catalog developed in the SalesForceONE Resource Manager is implemented as a Web-based catalog, capable of selling products on the web.  Users of the Web-based catalog only see an HTML application, uncluttered by Java applets and ActiveX controls.  Viewable in all major browsers, and optimized for cross-compatibility, you can be sure all of your clients will see your catalog the way you design it.  Multiple design options ensure that your Web-based catalog will fit well into your existing Web site, and be easily differentiated from other *SalesForceONE Enabled* Web sites.

**COMPLAINT EXHIBIT PAGE 30**

## SalesForceONE & IBM San Francisco Project

In addition to Windows-based applications, Pars International Computer, Inc., in cooperation with IBM, is bringing the power of SalesForceONE to all platforms, via the San Francisco project, a structured Java framework.

As as IBM SF Fast Start Challenge 1998 Award Winner, Pars International Computer, Inc. is uniquely positioned to provide a strong implementation of SalesForceONE in the Java-based framework.  Pars International Computer, Inc. maintains a relationship with IBM as a Premier Development Partner.



**COMPLAINT EXHIBIT PAGE 31**

EXHIBIT 5



http://www.pars.com/Ultra/ActiveCatalog.htm    Go

FEB    MA

**18 captures**
17 Feb 01 – 12 Mar 05

2000    200

# E-Commerce - *Active*Catalog™ Web Sites

Select a Link Below:

*E-Commerce Solutions*

- General Info
- *ActiveCatalog Web Sites*
- Sales Automation

MIS Services

ISP Services

Marketing Services

Custom & Specialized Applications

Custom Web Sites

Company Information

Submit Feedback

Contact Us!

Home Page

- **SalesForceONE DataBase**

- **SalesForceONE Resource Manager**

- **SalesForceONE *Active*Catalog™**

- ***Active*Catalog™ Pricing & Application**

## SalesForceONE DataBase

The heart of the SalesForceONE Suite is the SalesForceONE DataBase, SFDB. The SalesForceONE Database provides for storage of all information relevant to SalesForceONE activity, providing redundancy over existing applications. SFDB is designed to scale across multiple platforms. SFDB has built-in redundancy, data-correction algorithms, and multi-user capacities.

### Multiple Application Support

SalesForceONE Database implements multiple redundant, synchronized data sources, allowing multiple users to run multiple applications within the SalesForceONE Suite, without fear of lost data or overwrites.

### Scaling Options

SalesForceONE DataBase is constructed using strict ODBC-compliant data structures, allowing for migration across any fully compliant ODBC datasource. SalesForceONE Database can be originally implemented in many sizes and brands of database, suited specifically to your needs. Additionally, SalesForceONE Database can later be migrated to a larger database, via an upcoming Database Migration Application.

Enterprise & Professional database options include:

- Microsoft SQL Server, versions 6.5 or 7.0.
- IBM DB/2, version 5.0.
- Oracle, version 8.

Professional & Standard database options include:

- Microsoft Jet, version 3.51.

### Robust Data

SalesForceONE Database implements data structures for every aspect of sales automation and e-commerce, allowing the SalesForceONE applications to function on their own, or in conjunction with external applications. This redundant data storage ensures your data will be available in the event of an external application failure.

**Return to Top**



**COMPLAINT EXHIBIT PAGE 33**

# SalesForceONE Resource Manager

The SalesForceONE Resource Manager is the center of inventory maintenance & product catalog design. Drag & Drop functionality, as well as smart, intuitive design make the arduous task of catalog & inventory maintenance easier.  Support for assemblies, common groups of parts with substitutable options, makes even the most complex multi-part sales structure manageable.  Designed for the way you work, whether your business if floral or jewelry, or computers, SalesForceONE Manager will make your inventory & catalog management easier.

## Familiar Interface



The use of standard windows interface components, such as the tree shown to the left, bring a familiar interface to your catalog & inventory maintenance chores.  All facets of the SalesForceONE Resource Manager are built with familiar, easy-to-use design elements that make SalesForceONE easy to learn & easy to use.

## Intuitive Behavior



Intuitive behavior is the key to simple, near-zero learning curve use of the SalesForceONE Resource Manager.  Supplementing the familiar interface are the behaviors you have come to expect in professional Windows Applications. Drag & Drop functionality makes re-designing your catalog, or producing assemblies simple.  Context (right-click) menus address all common functions. Wizard applications allow novice users to walk through, step by step,  otherwise complex procedures.

## Options & More



Assemblies are collections of commonly gathered items: the components of a computer, the flowers in an arrangement, a standard 'market basket'.  Although most sales automation software provides assembly support, only SalesForceONE has implemented an unlimited structure of options, compatible replacement items within a similar structure.  Instead of hundreds of computer configurations, you have a few, with the desired options; instead of thousands of bouquets, reduce your collection to designs, with Carnations an option to Roses. Additionally, assemblies can be embedded within assemblies, allowing for smaller common collections to be re-used with increased convenience.

## Extended Functionality



An extended feature set brings unexpected ease of use to the SalesForceONE Resource Manager.   Extended features allow you to search for a part or category within your catalog, or place multiple references to the same item in one step, and review all the locations of all references to an item in one step. Continued growth of the extended functionality set will yield exponentially gains in ease of use in future versions.

**Return to Top**

# SalesForceONE *Active*Catalog™

COMPLAINT EXHIBIT PAGE 34

SalesForceONE *Active*Catalog™ is the mechanism by which the Catalog developed in the SalesForceONE Resource Manager is implemented as a Web-based catalog, capable of selling products on the web. Users of the Web-based catalog only see an HTML application, uncluttered by Java applets and ActiveX controls. Viewable in all major browsers, and optimized for cross-compatibility, you can be sure all of your clients will see your catalog the way you design it. Multiple design options ensure that your Web-based catalog will fit well into your existing Web site, and be easily differentiated from other *SalesForceONE Enabled* Web sites.

## Ease of Use



A familiar Windows Wizard walks user's through the process of publishing their catalog to the Internet. The simple, step-by-step approach of the Wizard will make novice users comfortable, while providing a quick, intuitive method of publishing for advanced users. Thorough step-by-step explanations and detailed progress information keep the novice user informed, without imposing upon advanced users. Additionally, the application "remembers" your settings, making updates quick.

## Customization



By providing the ability to change all standard HTML properties, the Web-based catalog can be made to fit into any web site design. Customizable properties include text, background & hyperlink colors, background images, catalog structure (including support for additional documents), a consistent page header, number & order of fields in the part information, movable or set frame borders, and special modifications for older browsers.

## High Availability



SalesForceONE *Active*Catalog™ functions in conjunction with SalesForceONE Web Servers, ensuring that your Web-based catalog will be published securely. Our high-performance Web servers provide support for hundreds of thousands of users, and are connected to the Internet on T1-speed (1.5 Mbps) data lines. All of our web servers feature real-time backup with failover and clustered servers, ensuring that your based catalog will be up & running all the time. Back-up servers mean that even in the event of a hacker's attack or a physical hardware failure, your catalog will be available to Internet users with the least delay possible.

**Return to Top**

## Click Here to View Pricing

EXHIBIT 6



| INTERNET ARCHIVE WayBackMachine | http://www.pars.com/Ultra/SalesAutomation.htm | Go | FEB | MA |

**22 captures**
18 Feb 01 – 10 Feb 05     ▌▌▌▌▌▌     2000   200   ◀   7

# Sales Automation - SalesForceONE *Active*Quote



**Select a Link Below:**

**E-Commerce Solutions**

- General Info
- ActiveCatalog
  Web Sites
- *Sales Automation*

MIS Services

ISP Services

Marketing Services

Custom & Specialized
Applications

Custom Web Sites

Company Information

Submit Feedback

Contact Us!

Home Page

SalesForceONE *Active*Catalog™ produces quotes, invoices, and other inventory & contact-based documents.  SalesForceONE *Active*Catalog™ exists in two forms, a standalone application: *Active*Catalog™ Studio, and an ActiveX Control embedded in Microsoft Outlook.   SalesForceONE quote adds document production facilities to your contact manager, centering all documents around the contact.

## Contact-Centric Model



Contacts are already the center of your business, why shouldn't they be the center of your documents?  By linking quotes, invoices, and other SalesForceONE documents to the contact, you have an intuitive reference to prior history, as well as account status.    The contact-centric model also allows you to preserve your existing contact databases, by appending references to your existing contacts to the SalesForceONE Database.

## Application Integration

The key to  the contact-centric model is integration with your existing contact manager.  By supplementing the functionality of your existing contact manager, instead of replacing it, implementation of SalesForceONE is simpler, and producing documents for your clients is intuitively linked to your existing information on that client.

The *Active*Quote Control for Microsoft Outlook integrates directly into the Contact form, appearing as another tab within the Contact screen.  The *Active*Quote Studio provides a more general interface, allowing contact information to be related from your contact manager to the document studio.

## Document Portability

An important consideration in a document production system is the format of the documents.  An essential requirement is the portability of the resulting document.  By implementing document production in HTML, the language of web pages, SalesForceONE documents can be printed & sent manually or electronically sent to a client, without any concerns about your client's ability to view the document.  HTML is supported, through web browsers, on nearly every operating system, making it the most portable document format available.

**COMPLAINT EXHIBIT PAGE 37**

EXHIBIT 7



**INTERNET ARCHIVE**
**WayBackMachine**

http://www.pars.com/Ultra/ContactUs.htm    Go

**22 captures**
8 Feb 01 – 11 Mar 05

FEB  MA
◄  **1**
2000  200

# Contact Us!

Select a Link Below:

E-Commerce Solutions

MIS Services

ISP Services

Marketing Services

Custom & Specialized
Applications

Custom Web Sites

Company Information

Submit Feedback

*Contact Us!*

Home Page

## Pars International Computer, Inc.

22445 Maple Court
Hayward, CA 94541

Phone  510.733.9046
Fax  510.733.0206

Web Site:  **http://www.pars.com**
General information e-mail:  **info@pars.com**
Sales e-mail:  **sales@pars.com**
Support e-mail:  **support@pars.com**

To contact us, call us at the above phone number or send a letter to one of the appropriate e-mail addresses
above.

**Click here to Submit Feedback!**

EXHIBIT 8



http://www.pars.com/Ultra/Feedback.htm    Go

FEB MAY

**8 captures**
8 Feb 01 – 22 Oct 02

◀ 1
2000 200






## Submit your Feedback...

Tell us what you think about our web site, our products, our organization, or anything else that comes to mind. We welcome all of your comments and suggestions.

**Select a Link Below:**

E-Commerce Solutions

MIS Services

ISP Services

Marketing Services

Custom & Specialized Applications

Custom Web Sites

Company Information

*Submit Feedback*

Contact Us!

Home Page

### What kind of comment would you like to send?

○ Complaint   ○ Problem   ● Suggestion   ○ Praise

### What about us do you want to comment on?

Select One! ⬍   Other: [_____]

### Enter your comments in the space provided below:

[                                    ]

### Tell us how to get in touch with you:

Name   [_____]
E-mail   [_____]
Tel   [_____]
FAX   [_____]

☐ Please contact me as soon as possible regarding this matter.

[Submit Comments]   [Clear Form]

**COMPLAINT EXHIBIT PAGE 41**

EXHIBIT 9

http://www.salesforce1.com/                    Go

30 captures
24 Jun 98 – 18 Dec 14

FEB  **APR**  JUL          Close
◀   **8**  ▶
**2005  2010  2012**       Help

# SalesForce ONE 1
Product & Service Provider

**Consulting Services Overview**          Online Appointment Scheduler

**Need help implementing Salesforce automation? Call 510.315.2547**

**Need help with any aspect of your CRM implementation?**

Whether you need just a little help getting started or full and complex implementation our professionals can handle absolutely everything, SalesForceONEi services are available. Our experienced staff has implemented solutions for a variety of organizations, each with unique requirements. Our solutions are designed to fit your business specifically. Through many years of experience we have learned how CRM applications can be tailored to form a solid foundation for your business to grow in the right direction, saving you time and money in the long run.



Services Overview

Implementation & Configuration

Data Management

CRM Integration

Request Consulting Services

**Technical Expertise**
»Extract, Transform, and Load techniques

»Expertise across multiple development platforms

**Flexibility of Consulting**
» Meet on site or online using GotoMeeting - Live
» Training and assistance for individuals or groups
» Save travel time and get projects done

**Satisfaction Guaranteed**
» Receive value from every consulting session

» 100% customer satisfaction guaranteed!

**Consulting Services Overview**   |   **Online Appointment Scheduler**

® 2010 SalesForceONE, LLC.

**COMPLAINT EXHIBIT PAGE 43**

INTERNET ARCHIVE
WayBackMachine

http://salesforce1.com/    Go

30 captures
24 Jun 98 – 18 Dec 14

AUG  FEB  DEC
◀ 26 ▶
2005  2011  2012

Close
Help



### SalesForce ONE
Product & Service Provider

Consulting Services Overview       Online Appointment Scheduler

**Need help implementing Salesforce automation? Call 510.315.2547**

Services Overview

Implementation & Configuration

Data Management

CRM Integration

Sharepoint Training & Migration

Request Consulting Services

**Need help with any aspect of your CRM implementation?**

Whether you need just a little help getting started or full and complex implementation our professionals can handle absolutely everything. SalesForceONEi services are available. Our experienced staff has implemented solutions for a variety of organizations, each with unique requirements. Our solutions are designed to fit your business specifically. Through many years of experience we have learned how CRM applications can be tailored to form a solid foundation for your business to grow in the right direction, saving you time and money in the long run.

**Technical Expertise**
» Extract, Transform, and Load techniques
» Expertise across multiple development platforms

**Flexibility of Consulting**
» Meet on site or online using GotoMeeting - Live
» Training and assistance for individuals or groups
» Save travel time and get projects done

**Satisfaction Guaranteed**
» Receive value from every consulting session
» 100% customer satisfaction guaranteed!

Consulting Services Overview    |    Online Appointment Scheduler

® 2011 SalesForceONE, LLC.

1 of 1

4/27/15, 11:53 AM

**COMPLAINT EXHIBIT PAGE 44**



http://salesforce1.com/    Go

30 captures
24 Jun 98 – 18 Dec 14

FEB    DEC    JAN
3
2011    2012    2014

Close

Help

## SalesForce ONE
Product & Service Provider

**Consulting Services Overview**    Online Appointment Scheduler

**Need help implementing Salesforce automation? Call 510.342.3707**

Services Overview

Implementation & Configuration

Data Management & Migration

CRM Integration

Sharepoint Training & Migration

Request Consulting Services

**Need help with any aspect of your CRM implementation?**

Whether you need just a little help getting started or full and complex implementation our professionals can handle absolutely everything, SalesForceONEi services are available. Our experienced staff has implemented solutions for a variety of organizations, each with unique requirements. Our solutions are designed to fit your business specifically. Through many years of experience we have learned how CRM applications can be tailored to form a solid foundation for your business to grow in the right direction, saving you time and money in the long run.

**Technical Expertise**
» Extract, Transform, and Load techniques

» Expertise across multiple development platforms

**Flexibility of Consulting**
» Meet on site or online using GotoMeeting - Live
» Training and assistance for individuals or groups
» Save travel time and get projects done

**Satisfaction Guaranteed**
» Receive value from every consulting session

» 100% customer satisfaction guaranteed!

**China Replacements**
Get Your Dinnerware Pattern Online
Replace One Piece, Or A Set!

**Public Arrest Records**
1) Enter Name - Search For Free.
2) Get Arrest Records Instantly!

**PG&E Home: Rent Your Roof**
California Homeowners: FSS Pays
Homeowners To Go Solar. Sign Up!

**Consulting Services Overview**    |    **Online Appointment Scheduler**

® 2012 SalesForceONE, LLC.

**COMPLAINT EXHIBIT PAGE 45**

Case 3:15-cv-02174-WHO    Document 1-1    Filed 05/14/15    Page 25 of 45

https://web.archive.org/web/20130103112513/http://salesforce1...

INTERNET ARCHIVE
WayBackMachine

http://salesforce1.com/    Go

30 captures
24 Jun 98 – 18 Dec 14

DEC   JAN   MAR
◄  3  ►
2011  2013  2014

Close

Help

SalesForce ONE
Product & Service Provider

**Consulting Services Overview**      Online Appointment Scheduler

**Need help implementing Salesforce automation? Call 510.342.3707**

Services Overview

Implementation & Configuration

Data Management & Migration

CRM Integration

Sharepoint Training & Migration

Request Consulting Services

**Need help with any aspect of your CRM implementation?**

Whether you need just a little help getting started or full and complex implementation our professionals can handle absolutely everything, SalesForceONEi services are available. Our experienced staff has implemented solutions for a variety of organizations, each with unique requirements. Our solutions are designed to fit your business specifically. Through many years of experience we have learned how CRM applications can be tailored to form a solid foundation for your business to grow in the right direction, saving you time and money in the long run.



**Technical Expertise**
» Extract, Transform, and Load techniques

» Expertise across multiple development platforms

**Flexibility of Consulting**
» Meet on site or online using GotoMeeting - Live
» Training and assistance for individuals or groups
» Save travel time and get projects done

**Satisfaction Guaranteed**
» Receive value from every consulting session

» 100% customer satisfaction guaranteed!

**Consulting Services Overview**   |   **Online Appointment Scheduler**

® 2013 SalesForceONE, LLC.

**COMPLAINT EXHIBIT PAGE 46**

EXHIBIT 10



SF1-019







**Product Overview**   **Demos on YouTube**   **Free Trial Signup**   **Customer Login**   **Contact Us**

SHARE



Use the form below to contact WebCal eXpress team.

Your Name *

Company *

Contact Email *

Contact Phone *

Notes or Comments *

**Spam Control**

Security Code *

**Contact Us Now!**

RelateIQ Cloud CRM 
Streamline Sales and Sell Smarter.
Start Your Free 30 Day Trial Today!

Remove Data Silos 
Centralize SaaS data in CRM
with an easy to use sync tool.

RelateIQ Cloud CRM
Compare Our CRM Solution vs
Theirs. See Results. Start Your
Free Trial!

**COMPLAINT EXHIBIT PAGE 50**

**SF1-023**





Product Overview      Demos on YouTube      Free Trial Signup      Customer Login      Contact Us






  

**"WebCal eXpress Online Appointment Scheduling and Management System is a revolutionary sales tool that enables you to increase your revenue by having customers 'commit their time to your calendar™'."**
*-- Mo Tahmasebi, Founder of WebCal eXpress*

**Key WebCal eXpress Features**



**Free 30-day Evaluation Period**
Register to evaluate WebCal eXpress software for free for a whole month!



**Multiple Calendar Management**
Create as many online calendars as you need to better serve your customers!

**Benefiting Industries**



**Law Firms, Attorney's Offices**



**Dental Offices**

**What Our Customers Are Saying**

★★★★★

My busy schedule demanded a good solid appointment management system. During the evaluation of several web-based appointment scheduling apps, I tried WebCal eXpress. It offered everything that I was looking for in such system. I've been using WebCal eXpress ever since, and I am an extremely satisfied customer.
--
*Jim West*
*DNF Security*

**COMPLAINT EXHIBIT PAGE 51**

**SF1-025**


**Multiple Appointment Booking**
Improve your customer service by being there for your customers whenever they need you!


**SMS and Email Notifications**
Stay on top of your daily schedule. Our system will make sure that there are no forgotten appointments!


**Easy Appointment Transfer**
Feeling under the weather today? Don't make customers wait! Transfer your appointments to a colleague!


**Built-in Email Tool**
Bring in more customers by sending out mass email invites with the push of a button!


**Customer Location Recognizer**
Wonder who has looked at your calendar? We have a tool to track your visitors' location!


**Custom Calendar Web Buttons**
Place generated web buttons on your website to make it easier for your customers to book meetings with you!


**Web Buttons for Email Signatures**
Integrate generated web button into your email signature so your recipients can book meetings with you!


**Easy Account Control Panel**
Keep your calendars and your contact info up-to-date by managing your own account information!

 **Demo videos on YouTube**

 **Medical Offices**

 **Insurance Agencies**

 **Travel Agencies**

 **Real Estate Brokers**

 **Social Services**

 **Child Care Services**

 **Court of Law**

 **Schools and Districts**

**and much more...**

★★★★★

Great thing about WebCal eXpress is that it shows my customers my daily availability in real-time, which enables customers to book appointments with me at their convenience, but according to my availability. I think it makes everyone's life much easier.
--
*John Harris*
*StoneFly, Inc.*

**Who Uses WebCal eXpress**



Challenges of Procuremen... 
Free Download: The Roadmap to Value Use Procurement as a Strategic Arm.

The #1 Helpdesk Software
In 2 minutes, You'll set it up! Try super user friendly Freshdesk.

Domo: The New Face Of 
Cloud-Based Business Intelligence. Customized Dashboards. Get A Demo!

**COMPLAINT EXHIBIT PAGE 52**

**SF1-026**

EXHIBIT 11

Owen, Wickersham & Erickson, P.C.
*Intellectual Property Law Since 1933*
255 Market Street, 19th Floor ~ San Francisco, California 94105
415/882-3200

NOEL M. COOK

Fax 415/882-3232
ncook@owe.com

September 25, 2009

*Via Email (mohammad@pars.com)*
*and Federal Express*

Mohammad R. Tahmasebi
Dynamic Network Factory, Inc.
dba SalesForceONE, Inc.
21353 Cabot Blvd
Hayward, CA 94545

     Re:    Infringement of Salesforce.com, inc.'s Intellectual Property Rights

Dear Mr. Tahmasebi:

     We are trademark and unfair competition counsel to Salesforce.com, inc. ("Salesforce"). As you clearly know, Salesforce provides online customer relationship and business management software and related services. Salesforce owns several federal trademark registrations for SALESFORCE and SALESFORCE.COM (the "Salesforce Marks") in connection with these services. Salesforce offers its services nationwide through its website at www.salesforce.com. Our client has expended a great deal of time, energy and money in developing significant goodwill in the Salesforce name and marks. Accordingly, the Salesforce Marks are some of its most valuable assets.

     It has come to our client's attention that Dynamic Network Factory, Inc. ("DNF") recently began using the mark SALESFORCEONE in a manner that infringes the Salesforce Marks. (See Exhibit A.) DNF offers consulting services for implementation of Salesforce's customer relationship management ("CRM") systems through its www.salesforceone.com website in direct and unfair competition with Salesforce. The SALESFORCEONE mark and <salesforceone.com > domain name are, of course, nearly identical to our client's Saleforce Marks and are therefore confusingly similar. In addition, DNF's services are identical to and compete with our client's Salesforce.com CRM consulting services. (See Exhibit B.)

     DNF is attempting to attract users to its web site for commercial gain by creating a likelihood of confusion with our client's Salesforce Marks. In addition to the overlap in services, DNF appears to have purposefully mimicked Salesforce's overall red, black and gray color scheme in its own logo. Moreover, DNF references other Salesforce trademarks on its site, such as VISUALFORCE, APEX, FORCE.COM, and APP EXCHANGE. DNF appears to be attempting to confuse consumers and trade on Salesforce's goodwill. Your domain name fully encompasses the SALESFORCE mark, making it virtually identical or at least confusingly similar to the Salesforce Marks. DNF's use of the SALESFORCEONE mark is misleading and

Owen, Wickersham & Erickson, P.C.
*Intellectual Property Law Since 1933*

Mohammad R. Tahmasebi
Dynamic Network Factory, Inc.
September 25, 2009
Page 2 of 3

likely to cause customers who see or visit your site to mistakenly believe that DNF's competing services are in some manner related to, associated with or come from Salesforce.

DNF's use of the disclaimer "Salesforce logos are trademarks of Salesforce.com, inc." does nothing to clarify whether the parties are affiliated. In fact, the disclaimer creates further confusion as to the relationship between the parties because it is followed by the text "® SalesForceONE, Inc. All rights reserved." This pairing of text suggests an association with Salesforce. By displaying the disclaimer in this manner, DNF is causing further consumer confusion as to the source, sponsorship, and affiliation of the parties' goods and services.

This likelihood of confusion gives rise to liability for service mark infringement and unfair competition under U.S. federal and state law. The remedies for service mark infringement and unfair competition may include an injunction prohibiting further use of the infringing name or mark, damages, an accounting of your profits derived from the use of the infringing name or mark, an award of a sum of up to three times the amount of damages, and recovery of the Salesforce's costs and attorney's fees if the matter must be litigated. Salesforce also has the alternative remedy of initiating a domain name dispute action pursuant to the policies of ICANN.

On behalf of our client, we demand that DNF cease its use of the infringing SALESFORCEONE mark, including but not limited to the following:

1) Immediately cease all use of the infringing SALESFORCEONE mark;

2) Promptly relinquish the www.salesforceone.com website by transferring the domain name registration to Salesforce; and

3) Agree not to use or register any mark or domain name that is likely to cause confusion, deception, and mistake with respect to the Salesforce Marks in the future.

We must have prompt written assurance that DNF is undertaking to immediately cease all uses of the SALESFORCEONE mark as outlined above. We require your response no later than **October 5, 2009**.

Please be aware that any continued use by you of the <salesforceone.com > domain name and the SALESFORCEONE mark, or any of Salesforce's other marks, after receipt of this letter is with notice of Salesforce's established rights and may give rise to liability for willful and intentional infringement.

**COMPLAINT EXHIBIT PAGE 55**

Owen, Wickersham & Erickson, P.C.
*Intellectual Property Law Since 1933*

Mohammad R. Tahmasebi
Dynamic Network Factory, Inc.
September 25, 2009
Page 3 of 3

Salesforce would prefer to resolve this matter amicably and without the need for further action. However, if DNF is unwilling to comply with our demands, we will be forced to counsel Salesforce to take appropriate action to protect its valuable trademarks including, but not limited to, seeking an injunction and damages in federal court for trademark infringement and cyber squatting and seeking transfer of your domain name pursuant to online arbitration through the Uniform Dispute Resolution Procedures. Please be advised that we may also notify your internet service provider of your infringing activity. We sincerely hope that such additional steps will not be necessary.

This letter is written without prejudice to Salesforce.com, inc.'s rights, all of which are expressly reserved.

Very truly yours,

OWEN, WICKERSHAM & ERICKSON P.C.

By    *Noel M. Cook* /KEL
Noel M. Cook

Our Ref.  SALES 90001
NMC/KEL
Enclosures
cc: Salesforce.com, inc.

S:\1Clients\sales\Ltr- SalesForceONE c&d.doc

**COMPLAINT EXHIBIT PAGE 56**

EXHIBIT 12

Owen, Wickersham & Erickson, P.C.
*Intellectual Property Law Since 1933*

455 Market Street, 19th Floor ~ San Francisco, California 94105
415/882-3200

Fax 415/882-3232
ncook@owe.com

NOEL M. COOK

June 7, 2011

*Via Email (domain@salesforceone.com; mo@storageexpert.com; mohammad@pars.com)*
*and Federal Express*

Mohammad R. Tahmasebi
SalesForceONE, LLC
21353 Cabot Blvd
Hayward, CA 94545

     Re:    Infringement of Salesforce.com, inc.'s Intellectual Property Rights

Dear Mr. Tahmasebi:

     You will recall that we are trademark and unfair competition counsel to Salesforce.com, inc. ("Salesforce"). We previously wrote to you concerning your infringing use of our client's SALESFORCE, SALESFORCE.COM, FORCE, VISUALFORCE, APEX, FORCE.COM, and APP EXCHANGE marks (the "Salesforce Marks"). Attached for your referenced is our correspondence dated September 25, 2009. Having not received your express assurance that you would refrain from using the Salesforce Marks, Salesforce has been monitoring SalesForceONE, LLC's ("SalesforceONE") www.salesforceone.com website.

     As we previously detailed, our client has well established rights in the Salesforce Marks based on its numerous years of use in connection with its various products and services, including its online customer relationship and business management services. Salesforce also owns a number of federal and international trademark registrations and applications for a family of Force-formative marks in connection with its offerings, including the marks SALESFORCE, FORCE, DEVELOPERFORCE, VISUALFORCE, DREAMFORCE and CLOUDFORCE (the "FORCE Family"). Our client has expended a great deal of time, energy and money in developing significant goodwill in the FORCE Family. Accordingly, the FORCE Family represents some of Salesforce's most valuable assets.

     When we first corresponded with you in September 2009, we were contacted on your behalf by Ms. Elizabeth Grant of Dynamic Network Factory, Inc. ("DNF"), who alleged that SalesforceONE was not affiliated with DNF. However, as outlined in our email of October 22, 2009 (see attached), DNF is the parent company of Pars International Computer, Inc. ("Pars") to whom the <salesforceone.com> domain name was registered. Moreover, you were named as the president and agent for service of process/administrative contact for both DNF and Pars. At the

Owen, Wickersham & Erickson, P.C.
*Intellectual Property Law Since 1933*

Mohammad R. Tahmasebi
SalesForceONE, LLC
June 7, 2011
Page 2 of 3

time, SalesforceONE was an unregistered entity who shared the same mailing address as DNF and Pars.[1]

Notwithstanding your transparent attempt to avoid liability, and subsequent to your receipt of our September 2009 demand letter, some changes were implemented on your website. We presumed this was an attempt on your part to address the issues raised in our letter. However, the changes previously implemented on your website only address a portion of our concerns regarding a likelihood of confusion, and certainly do not address your ongoing infringement in connection with customer relationship management services.

Our client recently learned that DNF has been sending emails to Salesforce's customers and partners advertising the SALESFORCEONE mark in connection with implementation and training services for Microsoft Sharepoint. Microsoft Sharepoint is a business intelligence collaboration and document management platform. As we explained previously, SalesforceONE's use of the SALESFORCEONE mark in connection with services that are the same or similar to those of Salesforce is misleading. Salesforce has been providing business intelligence services and business management consulting services under at least some of its FORCE-family of marks since as early as September 2003. SalesforceONE's use of a confusingly similar mark in connection with these services is likely to cause customers to mistakenly believe that SalesforceONE's competing services are in some manner related to, associated with or come from Salesforce.

Your continued use of the SALESFORCEONE mark in connection with online customer relationship and business management services is simply unacceptable to Salesforce. We can only surmise from SalesforceONE's actions that it intends to continue expanding further into Salesforce's market, irrespective of Salesforce's superior rights. Your ongoing use of the SALEFORCEONE mark, even after Salesforce contacted you to demand that you stop your commercial use of its intellectual property, constitutes willful infringement of our client's trademark rights. Under trademark law, our client is entitled to injunctive relief and substantial monetary damages for your continuing infringement.

Accordingly, we must again demand that you immediately cease all use of the infringing SALESFORCEONE mark and promptly relinquish the <salesforceone.com> domain name by transferring it to our client. You must also provide written assurances that neither you nor any of your affiliated business entities will use any marks or register any domain names that are likely

---

[1] We note that since our last correspondence, the <salesforceone.com> domain name registration has been updated to reflect SalesforceONE as the registrant. We also note that on September 30, 2009, a mere five days after receiving our demand letter, you registered the trade name "SalesForceONE" as a limited liability company in the state of California.

Owen, Wickersham & Erickson, P.C.
*Intellectual Property Law Since 1933*

Mohammad R. Tahmasebi
SalesForceONE, LLC
June 7, 2011
Page 3 of 3

to cause confusion, deception, or mistake with respect to any of the Salesforce Marks in the future.

We reiterate that Salesforce would prefer to resolve this matter without the need for further action. In order to work toward an amicable resolution, however, we must have prompt written assurance that SalesforceONE is undertaking to immediately cease all uses of the SALESFORCEONE mark as outlined above. We require your response no later than **June 17, 2011**. If we do not receive the requested assurances, we will assume that SalesforceONE is not interested in resolving this situation amicably and will recommend that our client take appropriate action to protect its valuable trademark rights.

This letter is written without prejudice to Salesforce.com, inc.'s rights, all of which are expressly reserved.

Very truly yours,

OWEN, WICKERSHAM & ERICKSON P.C.

By        Noel M. Cook/KEL

Noel M. Cook

Our Ref.  SALES 90001
NMC/KEL
Enclosures
cc: Salesforce.com, inc.

S:\1Clients\sales\Cease and Desist\SalesForce One\Ltr- SalesForceONE c&d 201106.doc

EXHIBIT 13



**1-800-NO-SOFTWARE** | 1-800-667-6389 | **Contact**

Search 🔍

Login        Free Trial        Menu

# Download the
# Salesforce1 Mobile App.



Enter your mobile phone number below and we
will send a link to download the Salesforce1 Mobile
App directly from your device.

Select your carrier country

United States 1+ ▾

Enter your mobile number

Mobile number

Send me link

[+]
RATE
THIS
PAGE

**COMPLAINT EXHIBIT PAGE 62**

EXHIBIT 14



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue May 12 03:20:53 EDT 2015*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout    Please logout when you are done to release system resources allocated for you.

Start    List At: [        ]    OR    Jump    to record: [        ]    **Record 1 out of 3**

TSDR    ASSIGN Status    TTAB Status    *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | SALESFORCE1 |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Downloadable software in the nature of a mobile application; computer application software for mobile phones and devices; computer software, namely, downloadable and non-downloadable software development tools for the creation of mobile internet applications, web applications, websites, and client interfaces; web site development software; computer software for use in customer relationship management (CRM); computer software for creating searchable databases of information and data; computer software, namely, an application allowing sales and field service employees to update and receive data stored in an enterprise's computer databases in real time, using a mobile device, with full telephony integration with the telephone and/or software features of the mobile device; computer software for providing an on-line database in the field of transaction processing to upload transactional data, provide statistical analysis, and produce notifications and reports; computer software that provides real-time, integrated business management intelligence by combining information from various databases and presenting it in an easy-to-understand user interface; downloadable software, mobile applications, and cloud computer software for providing data analytics, business analytics, business intelligence and for collecting and analyzing data; computer software for web and mobile applications for providing data analytics, business analytics, business intelligence and for collecting and analyzing data; enterprise software in the nature of a database for compiling data, customer data and customer interactions for enabling marketers to plan, personalize, optimize and customize communications with customers throughout the marketing, sales, and service lifecycle. downloadable computer programs and computer software for retrieving, tracking, analyzing, testing, measuring and managing data, customer data and customer interactions; downloadable computer programs and computer software for |

**COMPLAINT EXHIBIT PAGE 64**

retrieving, tracking, analyzing, testing, measuring and managing data, customer data and customer interactions in the field of marketing, sales and service; downloadable computer programs and computer software recorded on data media for retrieving, tracking, analyzing, testing, measuring and managing data from computer networks and from the Internet in the field of marketing, sales and service; computer application software for mobile phones, portable media players, handheld computers, namely, software for providing data analytics, business analytics, business intelligence and for collecting and analyzing data; downloadable computer software and computer software recorded on data media for the scanning, displaying, processing, measuring and output of data on computer networks, on the Internet, and on mobile terminals and devices in the field of marketing, sales, services, business analytics, data analytics, and business intelligence; downloadable software for generating embeddable code for websites, for the purpose of creating, customizing, deploying, scheduling, tracking, analyzing, testing, measuring and managing online content on users' websites, on social media websites, and other online forums; computer software for computer system and application development, deployment and management; computer operating programs, recorded; downloadable computer software, in particular for the scanning, displaying, processing, and output of multimedia data on computer networks, namely, the Internet, and mobile terminals

IC 042. US 100 101. G & S: Computer software development in the field of mobile applications; providing temporary use of on-line non-downloadable software development tools; technical consulting services in the field of data management, data analytics, and business intelligence analytics; technical data analytics services; software as a service (SAAS) services featuring software for providing data analytics, business analytics, business intelligence and for collecting and analyzing data; platform as a service (PaaS) software in the nature of a database for compiling data, customer data and customer interactions for enabling marketers to plan, personalize, optimize and customize communications with customers throughout the marketing, sales, and service lifecycle; platform as a service (PaaS) featuring computer software platforms for retrieving, tracking, analyzing, testing, measuring and managing data, customer data and customer interactions; platform as a service (PaaS) featuring computer software platforms for retrieving, tracking, analyzing, testing, measuring and managing data, customer data and customer interactions in the field of marketing, sales and service; platform as a service (PaaS) featuring computer software platforms for enabling marketers to plan, personalize, optimize, monitor, analyze and measure customer interactions across channels and devices; platform as a service (PaaS) featuring computer software platforms for enabling marketers to plan, personalize, optimize, monitor, analyze and measure customer interactions across social media, customer relationship management (CRM) systems, point-of-sale systems, web analytics, web posts, email and mobile devices; optimization of online websites for third parties for marketing purposes; consulting services in the field of providing online, non-downloadable software and applications; providing temporary use of on-line non-downloadable software. online hosted computer services, namely, designing, developing, customizing, and maintaining computer software applications for others, and consulting services related thereto; technical research; information technology consulting services; installation of computer software; computer system design and analysis; data conversion of computer programs and data; maintenance of computer software; monitoring of computer systems by remote access; rental of computer software and web servers; design and development of computer software; computer software consultancy; computer system design and analysis including for posting images, links, videos, text and other brand content, for retrieving, sorting, filtering and moderating user generated content and online communications, for managing brand content on social media websites and social networks, and for analyzing, retrieving and managing the performance of brand engagement; creating and maintaining web sites for others; data conversion of computer programs and data; maintenance of computer software; providing online non-downloadable software for generating embeddable code for websites, for the purpose of creating, customizing, deploying, scheduling, tracking, analyzing and managing online content on users websites, on social media websites and other online forums, and for analyzing, monitoring and managing the performance of brand engagement of others; providing online non-downloadable software for creating and deploying customized interactive content on social profiles

**COMPLAINT EXHIBIT PAGE 65**

| | |
|---|---|
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 86266639 |
| **Filing Date** | April 29, 2014 |
| **Current Basis** | 1B;44D |
| **Original Filing Basis** | 1B;44D |
| **Owner** | (APPLICANT) salesforce.com, inc. CORPORATION DELAWARE The Landmark @ One Market St., Suite 300 San Francisco CALIFORNIA 94105 |
| **Attorney of Record** | Kiran Belur |
| **Priority Date** | October 31, 2013 |
| **Prior Registrations** | 3138749;3141697;3164978;AND OTHERS |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the wording "SALESFORCE" in stylized lettering and the number "1" in large stylized font. |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

5/12/15, 1:30 PM

**COMPLAINT EXHIBIT PAGE 66**