JOHN L. SLAFSKY, State Bar No. 195513
DALE R. BISH, State Bar No. 235390
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: jslafsky@wsgr.com
Email: dbish@wsgr.com

Attorneys for Defendant
SALESFORCE.COM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SALESFORCEONE LLC, a California limited liability company, and PARS INTERNATIONAL COMPUTER, INC., a California corporation,<br><br>  Plaintiffs,<br><br>  v.<br><br>SALESFORCE.COM, INC. a Delaware corporation,<br><br>  Defendant. | CASE NO.: 4:15-cv-02174-DMR<br><br>**NOTICE OF APPEARANCE** |

NOTICE OF APPEARANCE
CASE NO. 4:15-CV-02174-DMR

7380340

PLEASE TAKE NOTICE of the appearance of JOHN L. SLAFSKY and DALE R. BISH of the law offices of Wilson Sonsini Goodrich & Rosati as counsel of record for and on behalf of Defendant SALESFORCE.COM, INC. in the above-entitled matter for the purpose of receiving notices and orders from the Court. Copies of all pleadings and notices pertaining to the above-entitled action not otherwise filed through the Court's electronic filing system should be forwarded to counsel at the following address:

> John L. Slafsky
> Dale R. Bish
> WILSON SONSINI GOODRICH & ROSATI
> Professional Corporation
> 650 Page Mill Road
> Palo Alto, CA 94304-1050
> Email: jslafsky@wsgr.com
> Email: dbish@wsgr.com

Dated: May 18, 2015

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ John L. Slafsky
    JOHN L. SLAFSKY
    DALE R. BISH

Attorneys for Defendant
SALESFORCE.COM, INC.