Michael J. Low (Cal. Bar No. 178517)
mlow@doylelow.com
Jaime B. Herren (Cal. Bar No. 271680)
jherren@doylelow.com
DOYLE LOW LLP
3640 Mt. Diablo Blvd., Suite 202
Lafayette, CA 94549
925.295.1800 telephone
925.298.5944 fax

Attorneys for Plaintiffs
SalesForceOne LLC and
Pars International Computer, Inc.,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SalesForceOne LLC, a California limited liability company, and Pars International Computer, Inc., a California corporation,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Salesforce.com, Inc., a Delaware corporation,<br><br>　　　　Defendant. | Case No. 3:15-cv-02174 WHO<br><br>**PROOF OF SERVICE** |

**PAGE 1**

**PROOF OF SERVICE**

## PROOF OF SERVICE

1  I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is DOYLE LOW, 3640 Mt. Diablo Blvd., Suite 202, Lafayette, CA 94549. On May 19, 2015, I served the following document(s) by the method indicated below:

**COMPLAINT FOR TRADEMARK, SERVICE MARK AND TRADE NAME INFRINGEMENT, UNFAIR COMPETITION, AND UNJUST ENRICHMENT AND DEMAND FOR JURY TRIAL; CIVIL COVER SHEET; SUMMONS; ECF REGISTRATION INFORMATION HANDOUT; JUDGE ORRICK'S STANDING ORDER FOR CIVIL CASES; FILING PROCEDURES (SAN FRANCISCO)**

( ) by email. Service by email was made by agreement of the parties, confirmed in writing.

(x) by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Lafayette, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

John L. Slafsky, Esq.
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on May 19, 2015, Lafayette, California.

/s/ Laura Morrison
Laura Morrison

DOYLE LOW LLP

**PAGE 2**

**PROOF OF SERVICE**