DOYLE LOW LLP

1  Michael J. Low  (Cal. Bar No. 178517)
   mlow@doylelow.com
2  Jaime B. Herren (Cal. Bar No. 271680)
   jherren@doylelow.com
3  DOYLE LOW LLP
   3640 Mt. Diablo Blvd., Suite 202
4  Lafayette, CA  94549
   925.295.1800 telephone
5  925.298.5944 fax

6  Attorneys for Plaintiffs
   SalesForceOne LLC and
7  Pars International Computer, Inc.,

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | SalesForceOne LLC, a California limited | Case No. 3:15-cv-02174 WHO
   | liability company, and Pars International |
12 | Computer, Inc., a California corporation, |
   |                                            | **PROOF OF SERVICE**
13 |              Plaintiffs,                   |
14 |         v.                                 |
15 | Salesforce.com, Inc., a Delaware corporation, |
16 |              Defendant.                    |

17

**PAGE 1**

**PROOF OF SERVICE**

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is DOYLE LOW, 3640 Mt. Diablo Blvd., Suite 202, Lafayette, CA 94549. On May 19, 2015, I served the following document(s) by the method indicated below:

**CASE MANAGEMENT CONFERENCE ORDER**

( ) by email. Service by email was made by agreement of the parties, confirmed in writing.

(x) by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Lafayette, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

John L. Slafsky, Esq.
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on May 19, 2015, Lafayette, California.

/s/ Laura Morrison
Laura Morrison

**PAGE 2**

**PROOF OF SERVICE**