JOHN L. SLAFSKY, State Bar No. 195513
DALE R. BISH, State Bar No. 235390
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: jslafsky@wsgr.com
Email: dbish@wsgr.com

Attorneys for Defendant
SALESFORCE.COM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SALESFORCEONE LLC, a California limited liability company, and PARS INTERNATIONAL COMPUTER, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SALESFORCE.COM, INC. a Delaware corporation,<br><br>Defendant. | CASE NO.: 3:15-cv-02174-WHO<br><br>**DEFENDANT SALESFORCE.COM, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

## **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Fed R. Civ. P. 7.1 and Civil L.R. 3-15, the undersigned states that defendant salesforce.com, inc. has no parent corporation and that no publicly held corporation owns 10% or more of its stock. The undersigned further certifies that as of this date, other than the named parties, there is no interest to report.

Dated: May 22, 2015

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ John L. Slafsky
    JOHN L. SLAFSKY
    DALE R. BISH

Attorneys for Defendant
SALESFORCE.COM, INC.